UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KENNETH FRAZIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY CHISOLM and OFFICERS )<br>AND OFFICERS OF THE COURTS, )<br>*Individually and in their official* )<br>*capacities,* )<br>)<br>Defendants. ) | Case No. CV411-252 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 2 day of Jan, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA